UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No.  13-19107-BIF |
| | : | |
| James P. Melnick, | : | Chapter  13 |
| | : | |
| Debtor | : | |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue respectfully requests that all notices given or required to be given in this case by the Court and/or any party be given to the Commonwealth by serving the undersigned counsel.

KATHLEEN G. KANE
ATTORNEY GENERAL

DATED: 11/19/2013        BY: /s/ *Denise A. Kuhn*
Denise A. Kuhn
Senior Deputy Attorney General
Attorney I.D. No. 46806
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Tel: (215) 560-2131
Fax: (215) 560-2202
E-mail: dkuhn@attorneygeneral.gov